| | |
|---|---|
| 1 | Robert B. Hawk (Bar No. 118054) |
| | Maren J. Clouse (Cal. Bar No. 228726) |
| 2 | Stacy R. Hovan (Cal. Bar No. 271485) |
| | HOGAN LOVELLS US LLP |
| 3 | 4085 Campbell Avenue |
| | Suite 100 |
| 4 | Menlo Park, CA 94025 |
| | Telephone:  (650) 463-4000 |
| 5 | Facsimile:  (650) 463-4199 |
| | robert.hawk@hoganlovells.com |
| 6 | maren.clouse@hoganlovells.com |
| | stacy.hovan@hoganlovells.com |
| 7 | |
| 8 | Attorneys for Defendants |
| | KLEINER PERKINS CAUFIELD & BYERS, |
| 9 | KPCB HOLDINGS, INC., DOMAIN |
| | ASSOCIATES, LLC, DOMAIN PARTNERS V, |
| 10 | L.P., DP V ASSOCIATES, L.P., DOMAIN |
| | PARTNERS VII, L.P., DP VII ASSOCIATES, L.P., |
| 11 | SEARS CAPITAL MANAGEMENT, LOWELL |
| | SEARS, both individually and as trustee, CAXTON |
| 12 | ADVANTAGE VENTURE PARTNERS, L.P., |
| | CAXTON ADVANTAGE LIFE SCIENCES FUND, |
| 13 | L.P., STANLEY E. ABEL, and PETER M. |
| | BREINING |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FLOREY INSTITUTE OF NEUROSCIENCE AND MENTAL HEALTH, | Case No. 12-cv-06504 SC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| v. | |
| KLEINER PERKINS CAUFIELD & BYERS, KPCB HOLDINGS, INC., DOMAIN ASSOCIATES, LLC, DOMAIN PARTNERS V, L.P., DP V ASSOCIATES, L.P., DOMAIN PARTNERS VII, L.P., DP VII ASSOCIATES, L.P., SEARS CAPITAL MANAGEMENT, LOWELL SEARS, Individually and as Trustee of The Sears Trust and The Sears Trust Dated 3/11/91, CAXTON ADVANTAGE VENTURE PARTNERS, L.P., CAXTON ADVANTAGE LIFE SCIENCES FUND, L.P., STANLEY E. ABEL, PETER M. BREINING, and THOMAS G. WIGGANS, | |
| Defendants. | |

Plaintiff The Florey Institute of Neuroscience and Mental Health ("Plaintiff") and Defendants Kleiner Perkins Caufield & Byers, KPCB Holdings, Inc., Domain Associates, LLC, Domain Partners V, L.P., DP V Associates, L.P., Domain Partners VII, L.P., DP VII Associates, L.P., Sears Capital Management, Lowell Sears, both individually and as trustee, Caxton Advantage Venture Partners, LP, Caxton Advantage Life Sciences Fund, L.P., Stanley E. Abel, and Peter M. Breining ("Defendants"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

1. WHEREAS Plaintiff filed a First Amended Complaint (the "Amended Complaint") against Defendants on October 28, 2013;

2. WHEREAS the above-referenced Defendants filed a Motion to Dismiss on December 3, 2013;

3. WHEREAS the current briefing schedule requires Plaintiff to file an opposition to the Motion to Dismiss on December 17, 2013 and the above-referenced Defendants to file a reply on December 24, 2013;

4. WHEREAS the Motion to Dismiss is currently set for hearing on January 10, 2014;

5. WHEREAS the above-referenced Defendants wish for additional time to file their reply brief in light of the nature of the issues presented in the Motion to Dismiss and due to pre-existing holiday schedules and travel plans;

6. WHEREAS counsel for the above-referenced Defendants and Plaintiff have agreed upon a briefing schedule for the Motion to Dismiss;

7. NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that
   a. Plaintiff's Opposition to the Motion to Dismiss shall be due on or before December 24, 2013.
   b. The above-referenced Defendants' Reply in support of the Motion to Dismiss shall be due on or before January 7, 2014.

///

1    c.  The hearing on the Motion to Dismiss shall be continued to January 24, ~~2013~~ 2014.

**IT IS SO STIPULATED.**

DATED:  December 12, 2013          CROWELL & MORING LLP

                                   By:  */s/ Mark T. Jansen*
                                        Mark T. Jansen
                                        Attorneys for Plaintiff
                                        THE FLOREY INSTITUTE OF
                                        NEUROSCIENCE AND MENTAL HEALTH

DATED:  December 12, 2013          HOGAN LOVELLS US LLP

                                   By:  */s/ Robert B. Hawk*
                                        Robert B. Hawk
                                        Attorneys for Defendants
                                        KLEINER PERKINS CAUFIELD & BYERS,
                                        KPCB HOLDINGS, INC., DOMAIN
                                        ASSOCIATES, LLC, DOMAIN PARTNERS V,
                                        L.P., DP V ASSOCIATES, L.P., DOMAIN
                                        PARTNERS VII, L.P., DP VII ASSOCIATES,
                                        L.P., SEARS CAPITAL MANAGEMENT,
                                        LOWELL SEARS, both individually and as
                                        trustee, CAXTON ADVANTAGE VENTURE
                                        PARTNERS, L.P., CAXTON ADVANTAGE
                                        LIFE SCIENCES FUND, L.P., STANLEY E.
                                        ABEL, and PETER M. BREINING

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated:  12/13/2013                 _____
                                   THE HONORABLE SAMUEL CONTI

**ATTESTATION**

I, Robert B. Hawk, attest that Mark T. Jansen has approved the Stipulation Regarding Briefing Schedule For Motion to Dismiss First Amended Complaint and consents to its filing in this action.

                                   By:  */s/ Robert B. Hawk*
                                        Robert B. Hawk