1   Robert B. Hawk (Bar No. 118054)
    Maren J. Clouse (Cal. Bar No. 228726)
2   Stacy R. Hovan (Cal. Bar. No. 271485)
    HOGAN LOVELLS US LLP
3   4085 Campbell Avenue
    Suite 100
4   Menlo Park, CA 94025
    Telephone:  (650) 463-4000
5   Facsimile:  (650) 463-4199
    robert.hawk@hoganlovells.com
6   maren.clouse@hoganlovells.com
    stacy.hovan@hoganlovells.com
7

8   Attorneys for Defendants
    KLEINER PERKINS CAUFIELD & BYERS,
9   KPCB HOLDINGS, INC., DOMAIN
    ASSOCIATES, LLC, DOMAIN PARTNERS V,
10  L.P., DP V ASSOCIATES, L.P., DOMAIN
    PARTNERS VII, L.P., DP VII ASSOCIATES, L.P.,
11  SEARS CAPITAL MANAGEMENT, LOWELL
    SEARS, both individually and as trustee, CAXTON
12  ADVANTAGE VENTURE PARTNERS, L.P.,
    CAXTON ADVANTAGE LIFE SCIENCES FUND,
13  L.P., STANLEY E. ABEL, and PETER M.
    BREINING
14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                     SAN FRANCISCO DIVISION
17

| | |
|---|---|
| 17 | |
| 18 | THE FLOREY INSTITUTE OF NEUROSCIENCE AND MENTAL HEALTH, |
| | Case No. 12-cv-06504 SC |
| 19 | Plaintiff, |
| | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| 20 | v. |
| 21 | KLEINER PERKINS CAUFIELD & BYERS, KPCB HOLDINGS, INC., DOMAIN |
| 22 | ASSOCIATES, LLC, DOMAIN PARTNERS V, L.P., DP V ASSOCIATES, L.P., DOMAIN PARTNERS VII, L.P., DP VII ASSOCIATES, L.P., SEARS CAPITAL MANAGEMENT, |
| 23 | LOWELL SEARS, Individually and as Trustee of The Sears Trust and The Sears Trust Dated |
| 24 | 3/11/91, CAXTON ADVANTAGE VENTURE PARTNERS, L.P., CAXTON ADVANTAGE |
| 25 | LIFE SCIENCES FUND, L.P., STANLEY E. ABEL, PETER M. BREINING, and THOMAS |
| 26 | G. WIGGANS, |
| 27 | Defendants. |
| 28 | |

1    Plaintiff The Florey Institute of Neuroscience and Mental Health ("Plaintiff") and

2    Defendants Kleiner Perkins Caufield & Byers, KPCB Holdings, Inc., Domain Associates, LLC,

3    Domain Partners V, L.P., DP V Associates, L.P., Domain Partners VII, L.P., DP VII Associates,

4    L.P., Sears Capital Management, Lowell Sears, both individually and as trustee, Caxton

5    Advantage Venture Partners, LP, Caxton Advantage Life Sciences Fund, L.P., Stanley E. Abel,

6    and Peter M. Breining ("Defendants"), by and through their respective counsel of record, enter

7    into the following stipulation, based upon the recitals below:

8         1.    WHEREAS Plaintiff filed a First Amended Complaint (the "Amended

9    Complaint") against Defendants on October 28, 2013;

10        2.    WHEREAS the above-referenced Defendants filed a Motion to Dismiss on

11   December 3, 2013;

12        3.    WHEREAS the current briefing schedule requires Plaintiff to file an opposition to

13   the Motion to Dismiss on December 17, 2013 and the above-referenced Defendants to file a reply

14   on December 24, 2013;

15        4.    WHEREAS the Motion to Dismiss is currently set for hearing on January 10,

16   2014;

17        5.    WHEREAS the above-referenced Defendants wish for additional time to file their

18   reply brief in light of the nature of the issues presented in the Motion to Dismiss and due to pre-

19   existing holiday schedules and travel plans;

20        6.    WHEREAS counsel for the above-referenced Defendants and Plaintiff have agreed

21   upon a briefing schedule for the Motion to Dismiss;

22        7.    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that

23             a.   Plaintiff's Opposition to the Motion to Dismiss shall be due on or before

24                  December 24, 2013.

25             b.   The above-referenced Defendants' Reply in support of the Motion to Dismiss

26                  shall be due on or before January 7, 2014.

27   ///

28

1

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. 12-CV-06504-SC

1    c.  The hearing on the Motion to Dismiss shall be continued to January 24, ~~2013~~ 2014.

2    **IT IS SO STIPULATED.**

3

4    DATED:  December 12, 2013          CROWELL & MORING LLP

5                                       By:  */s/ Mark T. Jansen*

6                                            Mark T. Jansen
                                             Attorneys for Plaintiff
7                                          THE FLOREY INSTITUTE OF
                                           NEUROSCIENCE AND MENTAL HEALTH
8

9    DATED:  December 12, 2013          HOGAN LOVELLS US LLP

10                                      By:  */s/ Robert B. Hawk*

11                                           Robert B. Hawk
                                             Attorneys for Defendants
12                                         KLEINER PERKINS CAUFIELD & BYERS,
                                           KPCB HOLDINGS, INC., DOMAIN
13                                         ASSOCIATES, LLC, DOMAIN PARTNERS V,
                                           L.P., DP V ASSOCIATES, L.P., DOMAIN
14                                         PARTNERS VII, L.P., DP VII ASSOCIATES,
                                           L.P., SEARS CAPITAL MANAGEMENT,
15                                         LOWELL SEARS, both individually and as
                                           trustee, CAXTON ADVANTAGE VENTURE
16                                         PARTNERS, L.P., CAXTON ADVANTAGE
                                           LIFE SCIENCES FUND, L.P., STANLEY E.
17                                         ABEL, and PETER M. BREINING

18   **PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

19

20
     Dated:  ___12/13/2013___          _____
21                                      THE HONORABLE SAMUEL CONTI

22
                                       **ATTESTATION**
23

24        I, Robert B. Hawk, attest that Mark T. Jansen has approved the Stipulation Regarding

25   Briefing Schedule For Motion to Dismiss First Amended Complaint and consents to its filing in

26   this action.

27                                     By:    */s/ Robert B. Hawk*
                                              Robert B. Hawk
28
                                              2