**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THE FLOREY INSTITUTE OF NEUROSCIENCE AND MENTAL HEALTH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KLEINER PERKINS CAUFIELD & BYERS, KPCB HOLDINGS, INC., DOMAIN ASSOCIATES, LLC, DOMAIN PARTNERS V, L.P., DP V ASSOCIATES, L.P., DOMAIN PARTNERS VII, L.P., DP VII ASSOCIATES, L.P., SEARS CAPITAL MANAGEMENT, LOWELL SEARS, Individually and as Trustee of The Sears Trust and The Sears Trust Dated 3/11/91, CAXTON ADVANTAGE VENTURE PARTNERS, L.P., CAXTON ADVANTAGE LIFE SCIENCES FUND, L.P., STANLEY E. ABEL, PETER M. BREINING, AND THOMAS. G. WIGGANS,<br><br>　　　　　Defendants. | Case No. CV 12-6504 SC<br><br>ORDER RE: CASE SCHEDULING |

　　　Defendant Thomas G. Wiggans ("Defendant") recently filed an administrative motion to set a uniform hearing date on this case's pending motions to dismiss and to suspend all other dates in this case's scheduling order.  ECF No. 71 ("Mot."); see also ECF No. 29

1  ("Scheduling Order").  The other above-captioned Defendants joined
2  in the motion.  ECF No. 73 ("Joinder").  Plaintiff opposes the
3  motion, arguing that the Court should not suspend its earlier
4  scheduling order, but that it should extend discovery by two or
5  three months and accordingly move the now-scheduled May 2014 trial
6  to a later date.  ECF No. 75 ("Opp'n").  Plaintiff takes no
7  position on setting a uniform hearing date for the pending motions
8  to dismiss, though it asks the Court not to defer consideration of
9  the later-filed motion.

10    Having considered the briefs and related papers, the Court
11 GRANTS Defendant's administrative motion as modified.  The January
12 24, 2014 hearing date on the earlier-filed motion to dismiss, ECF
13 No. 53, is VACATED.  That motion will be heard on the papers.  The
14 hearing date for the later-filed motion to dismiss is undisturbed.
15 See ECF No. 77 (set for hearing on February 21, 2014).  All dates
16 currently set in the Scheduling Order are VACATED.  If necessary,
17 the parties shall meet and confer to propose a revised case
18 management schedule no later than thirty (30) days following the
19 Court's order on the two motions to dismiss.  A new case management
20 conference is set for April 4, 2014.

22    IT IS SO ORDERED.

24    Dated: January 14, 2013

25                                       UNITED STATES DISTRICT JUDGE

2