UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| THE FLOREY INSTITUTE,<br><br>                    Plaintiff(s),<br>          v.<br><br>KLEINER PERKINS CAULFIELD & BYERS,<br><br>                    Defendant(s).<br>_____/ | No. C 12-06504 SC (MEJ)<br><br>**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

The Court is in receipt of defendant Thomas Wiggans' Request for Telephonic Conference regarding unresolved discovery disputes pertaining to incomplete discovery responses and Plaintiff's failure to produce their Rule 30(b)(6) deponent in accordance with the deposition notice. Dkt. No. 84, 1-2. The Court is also in receipt of Plaintiff's response, in which Plaintiff argues that Defendant has refused to provide responsive arguments to Plaintiff's motion for a protective order regarding the deposition. Dkt. No. 85, at 3. The parties met and conferred in person but were unable to resolve their dispute, or even agree on the submission of a joint letter. *Id*.

Having reviewed Defendant's request, the Court **ORDERS** the parties to appear by telephone on **March 11, 2014 at 1:30 p.m.** The parties shall arrange for a conference call in which all counsel are on the line and call chambers at **415-522-4698**. The parties shall come prepared to meaningfully discuss and resolve their disputes. If the parties meet and confer in person and resolve their disputes or file a joint letter prior to March 11, 2014, they shall immediately notify the Courtroom Deputy, Rose Maher, at **415-522-4708**.

Dated: 3/10/2014

_____
Maria-Elena James
United States Magistrate Judge