UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLOREY INSTITUTE OF NEUROSCIENCE AND MENTAL HEALTH,<br><br>        Plaintiff,<br><br>   v.<br><br>KLEINER PERKINS CAUFIELD & BYERS, et al.,<br><br>        Defendants. | Case No. 12-cv-06504-SC   (MEJ)<br><br>**ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION** |

On March 11, 2014, the Court held a telephonic conference to resolve a discovery dispute between Plaintiff, The Florey Institute of Neuroscience and Mental Health, and Defendant Thomas Wiggans regarding the scheduling of Plaintiff's Rule 30(b)(6) deponent, Dr. De Aizpurua. Pursuant to that conference, the Court ORDERS that the Dr. De Aizpurua's deposition be held on either April 1, 2014 through April 3, 2014, or on April 15, 2014 through April 17, 2014. Changes to the deposition dates set forth above may only be made upon a noticed motion establishing good cause.

The Court additionally ORDERS the parties to meet and confer in person on March 13, 2014 at 9:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall come prepared to meaningfully discuss and resolve their disputes regarding Plaintiff's responses to Requests for Admissions and Interrogatories. If unable, the parties shall draft a joint letter at the session in compliance with paragraph 2 of the Standing Order. Thus, the parties are ORDERED to bring any necessary equipment to draft the letter and present it to the Deputy Clerk for electronic filing.

If the parties meet and confer in person and resolve their disputes or file a joint letter prior to March 13, 2014, they shall jointly request that the Court vacate the meet and confer session.

**IT IS SO ORDERED.**

Dated: March 11, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge